FILED
CLERK U.S DISTRICT COURT

JUL - 9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HERIBERTO EDDIE NAVARRO,

Defendant.

Case No.  2:12-CR-00964-DMG-15

ORDER OF DETENTION
**[18 U.S.C. §§ 3148(b), 3143(a)]**

## I.

On July 9, 2018, Defendant Heriberto Eddie Navarro made his initial appearance in this district following his arrest on a bench warrant issued by the United States District Court for the Central District of California on January 23, 2013 for alleged violations of the terms and conditions of pretrial release.

Previously appointed Amy Jacks, an attorney on the Indigent Defense Panel, represented Defendant in this matter.

Defendant submitted on the Pretrial Services Officer's recommendation that Defendant be remanded pending further proceedings.

The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency and its recommendation of detention.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there no longer exists any condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account the allegations of Defendant's noncompliance with the conditions of pretrial release as alleged in the Petition for Action on Conditions of Pretrial Release and the warrant for arrest issued by the United States District Court for the Central District of California.

The Court finds that the conduct in which Defendant is alleged to have engaged constitutes a change in circumstances that justifies reconsideration of the decision to allow him to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that Defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that Defendant is remanded to the custody of the United States Marshal pending further proceedings.

Dated: July 9, 2018                    _____/s/_____
                                       HON. MARIA A. AUDERO
                                       UNITED STATES MAGISTRATE JUDGE